# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 07-2536-PSG (PLAx):<br>CONNECTICUT RETIREMENT -VS- AMGEN, INC., ET AL.<br><br>CV07-02849-PSG-PLA<br>Melanie Mendell v. Amgen Inc et al<br>CV07-02865-PSG-PLA<br>Gary Jaffe v. Amgen Inc et al<br>CV 07-3001-PSG (reopened)<br>Judy Durgin v. Kevin W Sharer et al<br>CV07-03145-PSG-PLA<br>John A Elden v. Amgen Inc. et al<br>CV07-03320-PSG-PLA<br>Burt Rosenfield v. Amgen Inc. et al<br>CV08-03316-PSG-PLA<br>Dennis F. Ramos v. Amgen, Inc. et al<br>CV07-03950-PSG-PLA<br>Public Employees' Retirement Association of Colorado v. Amgen Inc et al<br>CV07-05442-PSG-PLA<br>Steve Harris et al v. Amgen, Inc. et al<br>CV07-06140-PSG-PLA<br>Jay Rosenblum v. Kevin W Sharer et al | Date | August 1, 2013 |
|---|---|---|---|

| Present: The Honorable | PHILIP S. GUTIERREZ |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings (In Chambers):**     ORDER

PLEASE BE ADVISED that on the Court's own motion, a Status Conference Hearing is hereby set for **Monday, August 19, 2013 at 3pm in the LEAD CASE ONLY** [CV 07-2536-PSG].  Accordingly, no appearance shall be necessary in all other closed cases.

Initials of Preparer     wh